UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | PRESENTENCE INVESTIGATION |
| vs. | ) | REPORT |
| | ) | |
| DANIEL LAFITTE DUMONDE | ) | Docket No.: CR-04-B-0176-S |
| a/k/a | | (SUPERSEDING) |
| PAUL MOORE | | |
| a/k/a | | |
| DANNY | | |
| a/k/a | | |
| DANIEL PRUITT SPENCER | | |

**Prepared For:** The Honorable Sharon L. Blackburn
United States District Judge

**Prepared By:** Mirenda V. Robertson
U.S. Probation Officer
1729 Fifth Avenue North, Room 200
Birmingham, AL 35203
Voice: (205) 278-2100
Fax: (205) 278-2125

**Assistant U.S. Attorney**
John B. Felton
1801 Fourth Avenue North
Birmingham, AL 35203
Voice: (205) 244-2001
Fax: (205) 244-2182

**Defense Attorney (Standby Counsel)**
Rick L. Burgess
New South Savings Bldg., Suite 701
215 North 21st Street
Birmingham, Alabama 35203
Voice: (205) 328-6710
Fax: (205) 324-8660

The defendant is representing himself with assistance from the above defense attorney.

**Report Disclosed:** November 23, 2004

**Report Revised:** February 18, 2005
November 29, 2004

**Sentencing:** To be set.



EXHIBIT "B"
2-PAGES
* - SEE 2nd page