UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | PRESENTENCE INVESTIGATION |
| vs. | ) | REPORT |
| | ) | |
| DANIEL LAFITTE DUMONDE | ) | Docket No.: CR-04-B-0176-S |
| a/k/a | | (SUPERSEDING) |
| PAUL MOORE | | |
| a/k/a | | |
| DANNY | | |
| a/k/a | | |
| DANIEL PRUITT SPENCER | | |

**Prepared For:**  The Honorable Sharon L. Blackburn
United States District Judge

**Prepared By:**  Mirenda V. Robertson
U.S. Probation Officer
1729 Fifth Avenue North, Room 200
Birmingham, AL 35203
Voice: (205) 278-2100
Fax: (205) 278-2125

**Assistant U.S. Attorney**
John B. Felton
1801 Fourth Avenue North
Birmingham, AL 35203
Voice: (205) 244-2001
Fax: (205) 244-2182

**Defense Attorney (Standby Counsel)**
Rick L. Burgess
New South Savings Bldg., Suite 701
215 North 21st Street
Birmingham, Alabama 35203
Voice: (205) 328-6710
Fax: (205) 324-8660

The defendant is representing himself with assistance from the above defense attorney.

**Report Disclosed:**  November 23, 2004

**Report Revised:**  February 18, 2005
November 29, 2004

**Sentencing:**  To be set.



EXHIBIT "B"
2-PAGES
* - SEE 2ND PAGE

**Offense(s):**
    Count One    Making, Possessing and Uttering a Counterfeited Security While Being Aided and Abetted By Another
    Title/Section    18 U.S.C. §§ 513(a) and 2 with penalties under 18 U.S.C. § 513(a)
    Penalty/Class    NMT 10 years, NMT $250,000 fine; Class C Felony

**Release Status:**    05/04/04: Writ issued to Jefferson County Jail. (The defendant was in state custody from October 23, 2003, to June 8, 2004, on related charges when he was turned over to federal custody. He has remained custody for the duration.)

**Detainers:**    None.

**Codefendants:**    Wade Richard Walker, CR-04-B-0176-S(002), was a co-defendant in the original indictment; however, he was not included in the superseding indictment. Mr. Walker was sentenced on October 28, 2004, to two years probation with special conditions, for aiding and abetting the possession and uttering of a counterfeit security.

**Related Cases:**    None known.

**Identifying Data:**

| | |
|---|---|
| Date of Birth: | 03/31/52 (Records also reflect 02/03/48; 09/08/50/ and 04/18/53) |
| Age: | 52 |
| Race: | White, Non-Hispanic |
| Sex: | Male |
| SSN No.: | 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 (Records also reflect 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) |
| FBI No.: | 650063G (Records also reflect 220674KA7) |
| USM No.: | 2169-001 |
| Other ID No.: | AL SID #01629210 (Records also reflect #4918101) |
| | NY SID #5267205J |
| | CA SID #3526935 |
| | AL DL #5645574 (Expired) |
| Pacts No.: | 3770 |
| Education: | GED |
| Dependents: | None |
| Citizenship: | United States |
| Last Reported Address: | 1829 13th Street North<br>Bessemer, Alabama 35020 |

The defendant is in custody.

2

*EXHIBIT "B" - 2ND PAGE*