*Assistant District Attorneys General*
Thomas F. Jackson Jr.
David L. Puckett
John W. Price
J. Paul Newman
Jennings H. Jones
Laural A. Nutt
Trevor H. Lynch
Christine C. Barrett

*Counties*
Rutherford
Cannon

*William C. Whitesell Jr.*
*District Attorney General*
*Sixteenth Judicial District*
*320 West Main Street – Suite 100*
*Murfreesboro, Tennessee 37130*
*615 / 898-8008*
*Fax: 615 / 898-8039*

*Administrative Assistant*
Rona Sissom

*Victim/Witness Coordinator*
Peggy Jo Smith

*Assistant Victim/Witness Coordinator*
Pat Carr

*Investigator*
Tommy Santel

OCTOBER 15, 2003

Chief Mike Beach
Smyrna Police Department
315 South Lowry Street
Smyrna, TN 37167

                      RE:   DANIEL LAFITTE DUMONDE
                             DOB: 03/031/52
                             SSN: 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

                              *Extradition Intent*

Dear Chief Beach:

     This is to advise you that this office is prepared to extradite the above subject if and when he is apprehended so that he may be returned to this jurisdiction to answer to the charge of THEFT.

     You may forward a copy of this letter to any law enforcement agency you deem necessary as an indication of our intent to extradite.

                                           Respectfully,

                                           William C. Whitesell, Jr.
                                           District Attorney General

WCWjr:rcs

EXHIBIT "C"