State Warrant - Smyrna City Court                                            THEFT $1000-10

# STATE OF TENNESSEE
# TOWN OF SMYRNA, RUTHERFORD COUNTY

AFFIDAVIT of COMPLAINT

Personally appeared before me, _____Lisa K L Wagner_____ Judge of Smyrna City Court/

Judicial Commissioner for said County, the undersigned __Det. Rick Hall__

Who made oath to the following statement of facts:

That on the __8th__ day of __Oct.__, 20__03__ in the Town of Smyrna, Rutherford County, Tennessee.

THEFT ($1,000-9,999) TCA - 39-14-103

__Daniel Lafitte Dumonde__, did unlawfully and knowingly obtain, or exercise control of certain property, to-wit: __4.21 ct diamond ring__

of the value of $__7,750.00__ the property of one __Robert Buck__, without the owner's effective consent and with the intent to deprive the owner thereof. Probable cause as follows:
__On or around August 27, 2003 Mr Dumonde sold a stole ring to Robert Buck for $7,750.00 cash. He told Mr Buck his name was Daniel Spencer & that the ring had been in the family for a long time. On October 8 2003 Mr Buck Identified Mr Dumonde in a photo line up as the person that sold the ring that he purchased.__

Said informant, therefore, charges that the offense of_____
THEFT ($1,000-$10,000) T.C.A. 39-14-103, D/F

has been committed in said County and State and charges the said __Daniel Dumonde__ therewith.

x __Det R Hall__

Sworn to and subscribed before me, this

__8th__ day of __Oct__, 20__03__

__Lisa K L Wagner__
Judge, Smyrna City Court
Judicial Commissioner



EXHIBIT "D"