# STATE OF TENNESSEE

vs.

_____

This the _____ day of _____, 20____

_____
Judge, Smyrna City Court

It is the judgement of the Smyrna City Court, that the defendant above named is not guilty of the charge against him in the within warrant and that he be and is forthwith discharged and that he go hence without a day.

This the _____ day of _____, 20____

_____
Judge, Smyrna City Court

It appearing from testimony in the case that there is probable cause to believe the Defendant guilty of the offense of which he stands charged, it is adjudged that he be held to answer at the next term of the Circuit Court of Rutherford County, Tennessee. The offense being bailable, the amount of such bail is fixed at $_____

This the _____ day of _____, 20____

_____
Judge, Smyrna City Court

Defendant being aggrieved by the said judgement of the Smyrna City Court, his or her appeal to the next term of the Circuit Court of Rutherford County, Tennessee, is hereby GRANTED, upon defendant executing appearance bond in the sum of $250.00, and executing bond for the fine and costs in the case, OR, in lieu thereof, taking the oath provided by law for poor persons.

THIS DEFENDANT, UPON HIS OR HER APPLICATION, IS HEREBY ALLOWED UNTIL _____, 20____ TO PAY IN FULL THE FINE, COSTS AND TAXES IN THIS CASE.

**RIGHT TO COUNSEL WAIVED**
**PRELIMINARY HEARING WAIVED**

ON THIS _____ DAY OF _____, 20____

DEFENDANT _____

APPROVED BY JUDGE _____

EXHIBIT D-1

---

# BILL OF COSTS

| Item | Amount |
|---|---|
| Clerk's Fee | $25 00 |
| Judicial Commission | 4 00 |
| Arrest | |
| Fine | |
| Jail Fees-$8.00 per day | |
| Temporary Mittimus | |
| Serving State Subpoena | |
| Appearance Bond | |
| Abstract & Cert. | |
| Workhouse Mittimus | |
| Sheriff on Mittimus | |
| Bail Bond | |
| Surety | |
| Continuance | |
| State Subpoena | |
| Serving State Subpoenas | |
| Tax | 26 00 |
| D T Tax | 2 00 |
| Co. Tax | |
| **Total** | **20 00** |

This _____ day of _____, 20____
I am surety for the above fine and costs.

---

# STATE WARRANT
## Smyrna City Court
## STATE OF TENNESSEE

S.S. No. _____ D.L. No. _____ NO. **524767**

ALA

Daniel LaSalle Dumonde
SSN 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  DOB 3/31/52

Came to hand same day issued. Executed by arresting Defendant and setting case for trial before

**Judge Christopher Coats**
Judge, Smyrna City Court

This the _____ day of _____, 20____

_____
Defendant.

The defendant, _____ having been informed by the Judge of the Smyrna City Court of the charge alleged in the warrant against him pleads _____ guilty of the offense.

The defendant being fully informed by the Judge of the Smyrna City Court of all his rights and of all the jurisdiction of said Court, does hereby expressly waive in writing his right to be tried by indictment or presentment preferred by a Grand Jury and requests a trial waives trial by a Jury of his peers and likewise upon said charge upon the merits before the Judge of the Smyrna City Court.

This the _____ day of _____, 20____

_____
Judge, Smyrna City Court

The defendant having been brought before the Judge of the Smyrna City Court, and having entered a plea of _____ guilty to the charge set forth in the within warrant and thereupon having been fully informed by said Judge as set forth in the above waiver, or statement, signed the foregoing waiver or statement, in open Court before the Judge thereof.

And thereupon the Court having heard all of the evidence produced by the State and the defendant and argument of counsel, finds the defendant guilty of the offense charged in the warrant, and order, and adjudges that for said offense defendant pay a fine of $_____ and all costs of this case, in default of payment of fine and costs or failure to secure the same, or either as may be prescribed by law, that he be confined in the Workhouse of Rutherford County, Tennessee, until he works out or satisfies the same or until this judgement is complied with in the manner prescribed by law or defendant is discharged by due course of law.

And that defendant serve _____ days (months); in the Workhouse (Jail) of Rutherford County, Tennessee, which sentence is SUSPENDED on the conditions of:

(1) Payment of fine and costs;
(2) Payment of check or retail price of merchandise shoplifted ($_____); and
(3) Defendant's good and lawful conduct and behavior for twelve months next following this day.

This the _____ day of _____, 20____

_____
Judge, Smyrna City Court

On _____ day of _____, 20____
at _____ o'clock _____ M.

This _____ day of _____, 20____

_____
Police Officer

_____
Deputy Sheriff

Also executed the within subpoenas in full except as to Witness No. _____ and No. _____
No. _____ the same not found in my County after diligent search.

This _____ day of _____, 20____

_____
Police Officer

BONDSMAN _____

ATTORNEY _____

CONTINUED BY

State Deft. to _____ M _____, 20____

State Deft. to _____ M _____, 20____