BP-S394.058 **DETAINER ACTION LETTER**   CDFRM
SEP 03
U.S. **DEPARTMENT OF JUSTICE**                              FEDERAL BUREAU OF PRISONS

| To: Smyrna Police Department<br>Warrants Section<br>315 S. Lowry St.<br>Smyrna, TN 37167 | Institution:<br>**Federal Prison Camp**<br>**Maxwell Air Force Base**   Montgomery, AL 36112 |
|---|---|
| | Date: 10Aug05 |
| Case/Dkt#: | Inmate's Name: DUMONDE, Daniel Lafitte | Fed Reg No.: 21609-001 | DOB/SEX/RACE 03-31-52/M/W |
| Aliases: | | Other No.: FBI 650063G | |

The below checked paragraph relates to the above named inmate:

☐   This office is in receipt of the following report:_____
_____. Will you please investigate this report and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer. If you have no further interest in the subject, please forward a letter indicating so.

☒   A detainer has been filed against this subject in your favor charging **Felony Theft** _____. Release is tentatively scheduled for **08-06-2008**, however, we will notify you no later than **60 days** prior to actual release. **To check on an inmate's location, you may call our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov**.

☐   Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

☐   Your detainer warrant has been removed on the basis of the attached _____.
Notify this office immediately if you do not concur with this action.

☐   Your letter dated _____ requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is_____.

☐   I am returning your _____ on the above named inmate who was committed to this institution on _____ to serve _____ for the offense of _____. If you wish your _____ filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

☐   Other:

J.R. Crowe, Legal
Instruments Examiner
Phone (334)293-2100   ext. 4148
Fax   (334)293-2326

Sincerely,

*for* Yvonne D. Brown
Inmate Systems Manager

Original - Addressee, Copy - Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section 1); Copy - Correctional Services Department

(This form may be replicated via WP)                 (Replaces BP-394(58) dtd MAR 2003)

EXTRA-EXHIBIT
PRISON CAMP'S
PRISON KNOWLEDGE