IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL LAFITTE DUMONDE, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv954-D |
| | )                 WO |
| STATE OF TENNESSEE, | ) |
| | ) |
|    Respondent. | ) |

**ORDER**

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, filed October 13, 2005 (Doc. No. 2), and Petitioner's Objection, filed October 19, 2005 (Doc. No. 3), and having independently reviewed the file in this case, it is ORDERED as follows:

    1. Petitioner's Objection be and the same is hereby OVERRULED;

    2. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

    3. This cause be and the same is hereby TRANSFERRED to the United States District Court for the Middle District of Tennessee, Nashville Division, pursuant to the provisions of 28 U.S.C. § 1404(a).

    DONE this 26th day of October, 2005.

                                                   /s/ Ira DeMent
                                               SENIOR UNITED STATES DISTRICT JUDGE